IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BURDICK NELSON SEMINOLE,<br>SR., a/k/a Burdick Addison,<br><br>　　　　　Defendant. | No. 24-CR-17-S<br><br>Ct 1: 18 U.S.C. §§ 1111 and 1153<br>(First Degree Murder)<br><br>Ct 2: 18 U.S.C. § 924(c)(1)(A)(iii)<br>(Discharging a Firearm During<br>and in Relation to a Crime of<br>Violence)<br><br>Ct 3: 18 U.S.C. §§ 924(c)(1)(A)(iii)<br>and 924(j)<br>(Causing Death with a Firearm<br>During a Crime of Violence) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about August 8, 2023, in the District of Wyoming and within Indian Country, the Defendant, **BURDICK NELSON SEMINOLE, SR., a/k/a Burdick Addison**, an Indian, did willfully, deliberately, maliciously, and with premeditation and malice aforethought unlawfully kill M.S. by shooting him.

In violation of 18 U.S.C. §§ 1111 and 1153.

## COUNT TWO

On or about August 8, 2023, in the District of Wyoming, the Defendant, **BURDICK NELSON SEMINOLE, SR., a/k/a Burdick Addison**, did knowingly use, carry, and discharge a

firearm during and in relation to a federal crime of violence, namely, murder, in violation of 18 U.S.C. §§ 1111 and 1153, as more fully alleged in Count One of this indictment.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT THREE

On or about August 8, 2023, in the District of Wyoming, the Defendant, **BURDICK NELSON SEMINOLE, SR., a/k/a Burdick Addison**, did knowingly use and carry a firearm during and in relation to a federal crime of violence, namely, murder, in violation of 18 U.S.C. §§ 1111 and 1153, as more fully alleged in Count One of this indictment, and the Defendant in the course of committing said offense caused the death of M.S. through the use of said firearm.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j).

A TRUE BILL:

*INK SIGNATURE ON FILE*
FOREPERSON

_____
NICHOLAS VASSALLO
United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BURDICK NELSON SEMINOLE, SR., a/k/a Burdick Addison |
| **DATE:** | January 9, 2024 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |

**OFFENSE/PENALTIES:**

**Ct: 1**    **18 U.S.C. §§ 1111 and 1153**
(First Degree Murder)

Mandatory Life Imprisonment
Up To $250,000 Fine
5 Years Supervised Release
$100 Special Assessment

**Ct: 2**    **18 U.S.C. § 924(c)(1)(A)(iii)**
(Discharging a Firearm During and in Relation to a Crime of Violence)

Not less than 10 years nor more than life Imprisonment
Up to $250,000 Fine
Up To 5 Years Supervised Release
$100 Special Assessment

**Ct: 3**    **18 U.S.C. § 924(c)(1)(A)(iii) and 924(j)**
(Causing Death with a Firearm During a Crime of Violence)

Up to Life Imprisonment
Up to $250,000 Fine
Up To 5 Years Supervised Release
$100 Special Assessment

**TOTALS:**

Mandatory Life Imprisonment
Up To $750,000 Fine
5 Years Supervised Release
$300 Special Assessment

1

| | |
|---|---|
| **AGENT:** | Jolene Makeshine, BIA |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | More than 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |