Michael J. Elmore
Wyoming State Bar No. 7-5665
Assistant United States Attorney
District of Wyoming
P.O. Box 449
Lander, WY 82520
(307) 332-8195
michael.elmore@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JAN 10 2024
1:53 pm
Margaret Botkins, Clerk
Cheyenne

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BURDICK NELSON SEMINOLE, SR.,
a/k/a Burdick Addison,

    Defendant.

Case No. 24-CR-17-S

### PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual: **BURDICK NELSON SEMINOLE, SR., a/k/a Burdick Addison**

DATED this 9 day of January, 2024.

    NICHOLAS VASSALLO
    United States Attorney

By: _____
    MICHAEL J. ELMORE
    Assistant United States Attorney

BOND SET AT: Detain

    KELLY H. RANKIN
    Chief United States Magistrate Judge