AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming



**FILED**
8:56 am, 1/11/24

**Margaret Botkins
Clerk of Court**

| | |
|---|---|
| United States of America<br>v.<br><br>BURDICK NELSON SEMINOLE SR.,<br>a/k/a Burdick Addison<br><br>*Defendant* | )<br>)<br>)  Case No.  24-CR-17-SWS<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   BURDICK NELSON SEMINOLE SR.,  a/k/a Burdick Addison                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  18 U.S.C. §§ 111 and 1153 - First Degree Murder;
Count 2:  18 U.S.C. §§ 924(c)(1)(A)(iii) - Discharging a Firearm During and in Relation to a Crime of Violence;
Count 3:  18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j) - Causing Death with a Firearm During a Crime of Violence.

Date:  01/11/2024

*Issuing officer's signature*

City and state:   Cheyenne, Wyoming           Kelly H. Rankin, Chief United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                      Race:

Hair:                                                                     Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: