AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 24-CR-17-SWS |
| BURDICK NELSON SEMINOLE SR., a/k/a Burdick Addison | ) |
| Defendant | ) |

**RECEIVED** By United States Marshal Service at 12:06 pm, Jan 16, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BURDICK NELSON SEMINOLE SR., a/k/a Burdick Addison,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 111 and 1153 - First Degree Murder;
Count 2: 18 U.S.C. §§ 924(c)(1)(A)(iii) - Discharging a Firearm During and in Relation to a Crime of Violence;
Count 3: 18 U.S.C. §§ 924(c)(1)(A)(iii) and 924(j) - Causing Death with a Firearm During a Crime of Violence.

Date: 01/11/2024

*Issuing officer's signature*

City and state: Cheyenne, Wyoming

Kelly H. Rankin, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/11/2024, and the person was arrested on *(date)* 01/11/2024
at *(city and state)* Platte County Detention, WY for 23-MJ-96.

Date: 01/16/2024

*Arresting officer's signature*

William L. Kaulfers Jr., SDUSM         for BIA
*Printed name and title*