

**FILED**

**Margaret Botkins**
**Clerk of Court**

4:28 pm, 11/15/24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING
Scott W Skavdahl, United States District Judge
Case No. 2:24-cr-00017-SWS

| | |
|---|---|
| Elayna Thorsell, Deputy Clerk<br>Megan Strawn, Court Reporter<br>William Elliott, Law Clerk | November 15, 2024<br>Casper, WY |
| UNITED STATES OF AMERICA,<br><br>Plaintiff, | Michael Elmore, Attorney<br>Mikala Dawson, Paralegal<br>BIA SA Jolene Makeshine |
| vs | |
| BURDICK NELSON SEMINOLE, SR,<br><br>Defendant. | Eric Palen, Attorney<br>Matthew Sato, Attorney |

|  |
|---|
| Jury Trial<br>Day 4 |

| Time | Event |
|---|---|
| 8:37 am | Court is in session outside the presence of the jury. The jury entered the courtroom. |
| 8:39 am | Iris Dalley Graff called and sworn.<br>Direct Examination of Ms. Graff by Mr. Palen.<br>Exhibit A identified and admitted.<br>Exhibits 3-33, 15-10, 15-18, 15-19 displayed. |
| 9:18 am | Cross-Examination of Ms. Graff by Mr. Elmore.<br>Exhibits 3-33, 15-10, 15-3 displayed. |
| 9:24 am | Re-Direct Examination of Ms. Graff by Mr. Palen. |

| | |
|---|---|
| | Exhibit 3-33 displayed. |
| 9:29 am | Defense rests. The jury exited the courtroom. Court is in recess. |
| 9:45 am | Court is in session in the absence of the jury. Parties discussed upcoming rebuttal witnesses. |
| 9:51 am | The jury entered the courtroom. |
| 9:52 am | Dr. Smock re-called and re-sworn. Direct Examination on Rebuttal of Dr. Smock by Mr. Elmore.<br>Exhibit 3-33 displayed. |
| 9:55 am | Cross-Examination on Rebuttal of Dr. Smock by Mr. Palen. |
| 9:58 am | Re-Direct Examination on Rebuttal of Dr. Smock by Mr. Elmore.<br>Exhibits 3-3, 2-5 displayed. |
| 10:00 am | Re-Cross Examination on Rebuttal of Dr. Smock by Mr. Palen. |
| 10:01 am | Re-Redirect Examination on Rebuttal of Dr. Smock by Mr. Elmore.<br>FBI SA Terence Hill called and sworn. |
| 10:02 am | Direct Examination on Rebuttal of SA Hill by Mr. Elmore. |
| 10:08 am | Cross-Examination on Rebuttal of SA Hill by Mr. Palen. |
| 10:11 am | SA Luke Williamson called and sworn.<br>Direct Examination on Rebuttal of SA Williamson by Mr. Elmore. |
| 10:15 am | Cross-Examination on Rebuttal of SA Williamson by Mr. Palen. |
| 10:16 am | The Government rests on Rebuttal. |
| 10:17 am | The jury exited the courtroom.<br>The Court discussed final jury instructions with the parties.<br>Both sides will have 40 minutes for closing. |
| 10:32 am | Court stands in recess. |
| 11:37 am | Court is in session in the absence of the jury. |

| Time | Event |
|---|---|
| 11:38 am | The jury entered the courtroom. The Court gave the jury the final jury instructions 6 through 33. |
| 12:23 pm | <u>Government's Closing Argument</u> by Mr. Elmore. |
| 12:38 pm | The jury exited the courtroom. |
| 12:39 pm | Court is in recess. |
| 12:46 pm | Court is in session in the absence of the jury. The jury entered the courtroom. |
| 12:47 pm | <u>Defendant's Closing Argument</u> by Mr. Sato. |
| 1:09 pm | <u>Government's Rebuttal</u> by Mr. Elmore.<br>Exhibit 1-2 played.<br>Exhibits 4-62, 2-5 displayed. |
| 1:20 pm | The jury exited the courtroom. |
| 1:22 pm | Court is in recess. |
| 2:57 pm | The jury notified the bailiff of a verdict. |
| 3:08 pm | Court is in session in the absence of the jury. |
| 3:09 pm | The jury entered the courtroom. |
| 3:11 pm | The Court read the jury's verdict. The jury found the defendant guilty on all counts. |
| 3:12 pm | The jury was polled. |
| 3:13 pm | The Court gave the jury the final jury instruction. |
| 3:15 pm | The jury exited the courtroom. |
| 3:16 pm | Court is adjourned. |

Daily Witnesses:
Iris Dalley Graff
Dr. William Smock
SA Terence Hill
SA Luke Williamson