FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 NOV 15 PM 4: 25

MARGARET BOTKINS, CLERK
COOPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BURDICK NELSON SEMINOLE, SR,

    Defendant.

Case No. 24-cr-17-SWS

## ORDER FOR RETURN AND PRESERVATION OF CERTAIN TRIAL EXHIBITS

    IT IS HEREBY ORDERED that the following trial exhibits shall be returned to the United States at the conclusion of the trial for preservation pending the final disposition of this case. Exhibits must be made available to this Court or the 10th Circuit Court of Appeals upon request, and may only be destroyed or disposed of, with an Order from this Court.

    The list of exhibits is as follows:

| | |
|---|---|
| 3-31 | Bullet from Gunshot Wound A 23-080J WSCL Item 3 |
| 3-35 | Bullet from Gunshot Wound C 23-0808K WSCL Item 4 |
| 3-37 | DNA Card from MS 23-080B WSCL 2 |
| 4-3 | ERT FARO Scan Disc |
| 4-10 | Bullet from blank in room C ERT 3 WSCL 8 |
| 4-36 | Wheelchair Item 29 BIA 23-080AF |
| 4-52 | Bullet from end of hallway near ceiling ERT 33 23-080AJ WSCL 5 |
| 4-68 | Bullet from end of hallway waist level ERT 41 23-080AR WSCL 6 |
| 4-75 | Bullet from doorframe of room G ERT 42 23-080AS WSCL 7 |
| 11-5 | .45 ACP Springfield model XDs-45ACP semi-automatic pistol SN BA675713 BIA 23-080A gun WSCL Item 1 |
| 11-6 | Magazine from .45 ACP Springfield model XDs-45ACP semi-automatic Magazine BIA 23-080A magazine WSCL Item 1 |

11-7   7 bullets one from chamber 6 from magazine BIA 23-080Y
11-11  Holster 23-080BB
11-12  Empty Magazine in Holster 23-080A magazine B

All JERS submissions on disc shall be retained by the Court.

Dated this 15th day of November, 2024.

_____
Scott W. Skavdahl
United States District Judge

Receipt for Exhibits:

_____
Nicole Romine
Assistant United States Attorney